1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JONATHAN LEE RICHES,

11              Plaintiff,                    No. CIV S-07-2394 MCE JFM P

12         vs.

13   BENAZIR BHUTTO, et al.,

14              Defendants.                   ORDER

15   _____/

16         Plaintiff, a federal prisoner proceeding pro se, has filed a complaint challenging a

17   detainer placed on him by federal immigration officials and seeking injunctive relief against an

18   alleged planned deportation of petitioner to Pakistan in March 2012.  Petitioner is incarcerated at

19   the Federal Correctional Institution in Williamsburg, South Carolina.  Good cause appearing, this

20   action will be transferred to the United States District Court for the District of South Carolina.

21   See Dunne v. Henman, 875 F.2d 244 (9th Cir. 1989) (venue over challenge to federal detainer

22   lodged against federal prisoner lies in district of incarceration).

23   /////

24   /////

25   /////

26   /////

1

1      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

2  United States District Court for the District of South Carolina.

3  DATED: December 18, 2007.

4

5  _____
   UNITED STATES MAGISTRATE JUDGE

6

7
   12/mp
   rich2394.21
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26